Argued and submitted March 12, affirmed April 8, reconsideration denied July 1, petition for review allowed August 25, 1992 (314 Or 175)

In the Matter of the Compensation of
Keith T. Johnson, Claimant.

Keith T. JOHNSON,
*Petitioner,*

*v.*

HELI-JET CORPORATION
and SAIF Corporation,
*Respondents.*

(90-12901; CA A70738)

827 P2d 209

Donald M. Hooton, Eugene, argued the cause for petitioner. With him on the brief was Malagon, Moore, Johnson & Jensen, Eugene.

Steven Cotton, Special Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Buddenberg v. Southcoast Lumber*, 112 Or App 148, 826 P2d 1062 (1992).